**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| EDIN MISAEL SUCHITES,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER BULLOCK, New Orleans Field Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations,<br><br>Respondent. | No. 2:26-cv-03519-SHL-atc |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO COMPLY WITH COURT ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

Before the Court is Respondent's Unopposed Motion for Extension of Time to Comply with Court Order Granting Petition for Writ of Habeas Corpus. (ECF No. 14.) Respondent seeks a six-day extension to release Petitioner Edin Misael Suchites, and an extension to file a status report confirming Petitioner's release. (Id. at PageId 106.)

Respondent states that "the earliest flight back to return Petitioner to the Western Tennessee Detention Facility is for November 26, 2026." (Id. at PageID 105.) Respondent explains that this is due to the need to coordinate between "the facility, the transport unit, and potentially other local or federal law enforcement agencies," and "because of 'mandatory protocols,'" including "identity verification, property reconciliation, and coordination with transport and receiving staff." (Id.)

Respondent further contends that "release from any facility can occur much more quickly as the need for transfer coordination is not required." (Id.) However, transfer back to the Western District of Tennessee is only necessary because Respondent chose to transfer Petitioner

to Louisiana, despite this Court's order not to transfer Petitioner during the pendency of his Petition. If Respondent stops violating this Court's orders not to transfer Petitioners outside of the District, the coordination of a return transfer will not hinder compliance with Court orders.

The Motion is **GRANTED** because it is unopposed. However, Respondent is cautioned to adhere to Court orders, and improve communication and coordination with officials so that adhering to orders is possible. Respondent's deadline to release Petitioner is extended to **NOVEMBER 26, 2026**, and he **SHALL** file a status report confirming Petitioner's release from the West Tennessee Detention Facility **on or before NOVEMBER 28, 2026**.

**IT IS SO ORDERED,** this 23rd day of November, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE